T. C. UTLEY, Guardian, *v.* THOMAS YOUNG, *et al.*

See same case ante

In this case the defendant appealed.

PER CURIAM. Judgment against the defendant for costs of appeal.